COPY

ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
DAVID A. LOMBARDERO, CSB 71715
Special Assistant United States Attorney
Asset Forfeiture Section
  Federal Courthouse, 14th Floor
  312 North Spring Street
  Los Angeles, California 90012
  Telephone: (213) 894-7418
  Facsimile: (213) 894-7177
  E-mail: David.Lombardero@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  vs.<br><br>$119,449.08 in US currency seized from Wells Fargo Bank account ******2454,<br><br>    Defendant. | No. CV11-08148 DMG (JCx)<br><br>**VERIFIED COMPLAINT FOR FORFEITURE**<br><br>[31 U.S.C. § 5317(c)(2); 18 U.S.C. § 984]<br><br>[IRS] |

For its complaint *in rem* against Defendant $119,449.08 seized from Wells Fargo Bank account ******2454, Plaintiff United States of America alleges:

## JURISDICTION AND VENUE

1. This is a civil forfeiture action brought pursuant to 31 U.S.C. § 5317(c)(2) and 18 U.S.C. § 984.

2. This court has subject-matter jurisdiction under 28 U.S.C. §§ 1345 and 1355.

3. Venue lies in this district pursuant to 28 U.S.C. § 1395(b).

## PARTIES; INTERESTED PERSONS AND ENTITIES

4. Plaintiff is the United States of America.

5. Defendant is $119,449.08 in US currency (the "WFB Funds") seized on or about April 8, 2011, from an account with a number ending in 2454, in the name of Vernola Tow Service (the "Vernola Account"). The WFB Funds were seized at the branch of Wells Fargo Bank located at 444 E. Huntington Drive, Arcadia, CA. As alleged in ¶ 11 below, the seizure was effected pursuant to a warrant issued in this District.

6. Persons who may be adversely affected by the seizure of the WFB Funds and by this action include Luigi Vernola, owner of Vernola Tow Service, and Joan Vernola, who is believed to be his wife.

7. The WFB Funds are in the custody of the Internal Revenue Service, where they will remain throughout the pendency of this action.

## BACKGROUND

8. The Bank Secrecy Act, 31 U.S.C. § 5313, and the regulations promulgated under Title 31 of the U.S. Code[1] require financial institutions to file a Currency Transaction Report ("CTR") with the Financial Crimes Enforcement Network (FinCEN) of the U.S. Department of the Treasury whenever one or more

---

[1] At the time of the events described herein, these regulations were codified at 31 C.F.R. Part 103, but have since been recodified at 31 C.F.R. Part X.

cash deposits totaling more than $10,000 are made to a single account within a period of 24 hours.

9. The CTR requirement facilitates the identification of criminal operations, such as drug dealing or selling counterfeit merchandise, which tend to be extremely cash intensive. Criminals who are aware of the CTR filing threshold often seek to avoid the filing of CTRs precisely because they do not want law enforcement officers to be alerted to their criminal activities. Frequently, rather than deposit over $10,000 in cash at one time, they make multiple cash deposits in amounts of $10,000 or less, sometimes at different banks or into different accounts, for the purpose of keeping the bank from filing a CTR. This practice is referred to as "structuring."

## FACTUAL BASIS FOR THE RELIEF REQUESTED

10. According to bank records, from April 19, 2010 to December 28, 2010 (the "subject period"), a total of $1,046,064.00 in cash was deposited into the Vernola Account. Attachment A hereto lists the cash deposits alleged to have been structured into the Vernola Account between April 19, 2010 and December 28, 2010. It shows the cash deposits that are below but near $10,000, and notes days on which deposits total more than $10,000. Frequently, cash deposits totalling more than $10,000 were made on consecutive days, or within a few days of each other (*e.g.*, May 17-21, 2010, June 23-25, 2010, August 4-7, 2010, September 20-22, 2010, and December 13-17, 2010).

11. As shown in Attachment A, 85.6 percent ($895,622.00) of the total cash deposited during the subject period was structured. Thus, non-structured deposits during the subject period totaled $150,442.00, just 14.4 percent of the total cash deposits.

12. On April 7, 2011, pursuant to an affidavit sworn to by an experienced LAPD detective who is cross-sworn as a federal Task Force Officer with authority

1 | to investigate violations of federal laws relating to money laundering and the
2 | Bank Secrecy Act, U.S. Magistrate Judge Stephen J. Hillman issued a warrant for
3 | the seizure of up to $895,622.00 from the Vernola Account. On or about April 8,
4 | 2011, federal agents served the warrant and seized the balance of the Vernola
5 | Account as of the time of seizure, which was $119,449.08.

6 |     13.   The cash deposits shown in Attachment A were knowingly and
7 | unlawfully structured in an effort to avoid the filing of CTRs. The WFB Funds
8 | were involved in and/or are proceeds of or traceable to violations of 31 U.S.C.
9 | §§ 5313(a) and 5324(a)(3) (structuring transactions to avoid currency reporting
10 | requirements).

11 |     14.   The WFB Funds are subject to forfeiture pursuant to 31 U.S.C.
12 | § 5317(c)(2). Furthermore, to the extent that any portion of the WFB Funds are
13 | not directly traceable to the offenses alleged herein, they are fungible property
14 | found in the same account involved in the offenses alleged, and so are subject to
15 | forfeiture pursuant to 18 U.S.C. § 984.

## PRAYER FOR RELIEF

WHERFORE the United States of America prays for relief as follows:

    A.   That process duly issue to enforce the forfeiture of the WFB Funds.

    B.   That all interested parties be given due notice to appear and show cause why forfeiture should not be decreed.

    C.   That this Court order and decree that the Defendant WFB Funds be forfeited to the United States of America for disposition in accordance with law.

    D.   That the United States of America be awarded its costs and disbursements in this action.

E. That the United States of America be awarded such other and further relief as may be just and proper.

Dated: September 29 2011

ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

By /s/ David A. Lombardero
David A. Lombardero
Special Assistant United States Attorney
Attorneys for Plaintiff,
United States of America

# Attachment A – Structured Cash Deposits into the Vernola Account

| ACCT_NO | Bank Date | Cash Deposit | Day's total |
|---|---|---|---|
| 0001052454 | Monday, April 19, 2010 | $9,990.00 | |
| 0001052454 | Thursday, April 22, 2010 | $9,990.00 | |
| 0001052454 | Friday, April 23, 2010 | $9,996.00 | |
| 0001052454 | Thursday, April 29, 2010 | $9,905.00 | |
| 0001052454 | Monday, May 03, 2010 | $9,990.00 | |
| 0001052454 | Wednesday, May 05, 2010 | $9,990.00 | |
| 0001052454 | Thursday, May 06, 2010 | $9,990.00 | |
| 0001052454 | Friday, May 07, 2010 | $9,990.00 | |
| 0001052454 | Monday, May 10, 2010 | $9,980.00 | |
| 0001052454 | Tuesday, May 11, 2010 | $9,980.00 | |
| 0001052454 | Friday, May 14, 2010 | $9,980.00 | |
| 0001052454 | Monday, May 17, 2010 | $9,980.00 | |
| 0001052454 | Tuesday, May 18, 2010 | $9,976.00 | |
| 0001052454 | Wednesday, May 19, 2010 | $9,990.00 | |
| 0001052454 | Thursday, May 20, 2010 | $9,990.00 | |
| 0001052454 | Friday, May 21, 2010 | $9,990.00 | |
| 0001052454 | Tuesday, June 01, 2010 | $9,990.00 | |
| 0001052454 | Monday, June 07, 2010 | $9,990.00 | |
| 0001052454 | Thursday, June 17, 2010 | $9,895.00 | |
| 0001052454 | Wednesday, June 23, 2010 | $9,960.00 | |
| 0001052454 | Thursday, June 24, 2010 | $9,900.00 | |
| 0001052454 | Friday, June 25, 2010 | $9,900.00 | $19,800.00 |
| 0001052454 | Friday, June 25, 2010 | $9,900.00 | |
| 0001052454 | Monday, June 28, 2010 | $9,990.00 | |
| 0001052454 | Tuesday, June 29, 2010 | $9,990.00 | |
| 0001052454 | Thursday, July 08, 2010 | $9,950.00 | |
| 0001052454 | Friday, July 09, 2010 | $9,990.00 | |
| 0001052454 | Monday, July 12, 2010 | $9,930.00 | |
| 0001052454 | Tuesday, July 13, 2010 | $9,990.00 | |
| 0001052454 | Thursday, July 15, 2010 | $9,990.00 | |
| 0001052454 | Saturday, July 17, 2010 | $9,990.00 | |
| 0001052454 | Monday, July 19, 2010 | $9,990.00 | |

| | | | |
|---|---|---|---|
| 0001052454 | Tuesday, July 20, 2010 | $9,980.00 | |
| 0001052454 | Wednesday, July 21, 2010 | $9,990.00 | |
| 0001052454 | Wednesday, August 04, 2010 | $9,990.00 | |
| 0001052454 | Thursday, August 05, 2010 | $9,890.00 | |
| 0001052454 | Friday, August 06, 2010 | $9,990.00 | |
| 0001052454 | Saturday, August 07, 2010 | $9,990.00 | |
| 0001052454 | Monday, August 09, 2010 | $9,990.00 | |
| 0001052454 | Tuesday, August 10, 2010 | $9,900.00 | |
| 0001052454 | Tuesday, August 17, 2010 | $9,990.00 | |
| 0001052454 | Wednesday, August 18, 2010 | $9,990.00 | |
| 0001052454 | Friday, August 20, 2010 | $9,970.00 | |
| 0001052454 | Thursday, August 26, 2010 | $9,990.00 | |
| 0001052454 | Thursday, September 02, 2010 | $9,990.00 | |
| 0001052454 | Thursday, September 09, 2010 | $9,990.00 | |
| 0001052454 | Friday, September 10, 2010 | $9,980.00 | |
| 0001052454 | Tuesday, September 14, 2010 | $9,980.00 | |
| 0001052454 | Thursday, September 16, 2010 | $9,880.00 | |
| 0001052454 | Friday, September 17, 2010 | $9,980.00 | $18,680.00 |
| 0001052454 | Friday, September 17, 2010 | $8,700.00 | |
| 0001052454 | Monday, September 20, 2010 | $9,895.00 | |
| 0001052454 | Tuesday, September 21, 2010 | $9,990.00 | |
| 0001052454 | Wednesday, September 22, 2010 | $9,900.00 | $19,845.00 |
| 0001052454 | Wednesday, September 22, 2010 | $9,945.00 | |
| 0001052454 | Friday, September 24, 2010 | $9,980.00 | |
| 0001052454 | Monday, September 27, 2010 | $9,890.00 | |
| 0001052454 | Wednesday, September 29, 2010 | $9,990.00 | |
| 0001052454 | Thursday, September 30, 2010 | $9,990.00 | |
| 0001052454 | Friday, October 01, 2010 | $9,900.00 | |
| 0001052454 | Thursday, October 07, 2010 | $9,980.00 | |
| 0001052454 | Friday, October 08, 2010 | $9,990.00 | |
| 0001052454 | Thursday, October 14, 2010 | $9,950.00 | |
| 0001052454 | Monday, October 18, 2010 | $9,995.00 | |
| 0001052454 | Friday, October 22, 2010 | $9,960.00 | |
| 0001052454 | Tuesday, October 26, 2010 | $9,940.00 | |
| 0001052454 | Wednesday, October 27, 2010 | $9,990.00 | |
| 0001052454 | Friday, October 29, 2010 | $9,800.00 | |

| | | | |
|---|---|---|---|
| 0001052454 | Saturday, October 30, 2010 | $9,950.00 | |
| 0001052454 | Wednesday, November 10, 2010 | $9,990.00 | |
| 0001052454 | Friday, November 12, 2010 | $9,980.00 | |
| 0001052454 | Monday, November 15, 2010 | $9,990.00 | |
| 0001052454 | Tuesday, November 16, 2010 | $9,995.00 | |
| 0001052454 | Friday, November 19, 2010 | $9,950.00 | |
| 0001052454 | Monday, November 22, 2010 | $9,950.00 | |
| 0001052454 | Tuesday, November 23, 2010 | $9,990.00 | |
| 0001052454 | Friday, November 26, 2010 | $9,990.00 | |
| 0001052454 | Saturday, November 27, 2010 | $9,910.00 | |
| 0001052454 | Saturday, December 04, 2010 | $9,950.00 | |
| 0001052454 | Wednesday, December 08, 2010 | $9,950.00 | |
| 0001052454 | Thursday, December 09, 2010 | $9,980.00 | |
| 0001052454 | Friday, December 10, 2010 | $9,900.00 | |
| 0001052454 | Saturday, December 11, 2010 | $9,990.00 | |
| 0001052454 | Monday, December 13, 2010 | $9,980.00 | |
| 0001052454 | Tuesday, December 14, 2010 | $9,990.00 | |
| 0001052454 | Wednesday, December 15, 2010 | $9,990.00 | |
| 0001052454 | Thursday, December 16, 2010 | $9,990.00 | |
| 0001052454 | Friday, December 17, 2010 | $9,990.00 | |
| 0001052454 | Monday, December 27, 2010 | $9,930.00 | |
| 0001052454 | Tuesday, December 28, 2010 | $9,990.00 | |
| | | | |
| | **TOTAL** | **$895,622.00** | |

## VERIFICATION

I, Eliana Tapia, hereby declare that:

1. I am a a Detective employed by the Los Angeles Police Department, cross-sworn as a Task Force Officer – Criminal Investigator of the United States Department of the Treasury, Internal Revenue Service – Criminal Investigation (IRS-CI), and am the case agent for the forfeiture matter entitled United States of America v. $119,449.08 seized from Wells Fargo Bank account ******2454.

2. I have read the above Verified Complaint for Forfeiture and know its contents. It is based upon my own personal knowledge and reports provided to me by other law enforcement agents.

3. Everything contained in the Complaint is true and correct, to the best of my knowledge, information and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 26, 2011 in Los Angeles, California.

_____
Eliana Tapia

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
UNITED STATES OF AMERICA

**DEFENDANTS**
$119,49.08 in US currency seized from Wells Fargo Bank account ******2454

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
DAVID LOMBARDERO, Special Assistant United States Attorney
California Bar Number 71715
Federal Courthouse, 14th Floor, 312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-384-7418, Facsimile: (213) 894-7177

**Attorneys** (If Known)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☒ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question (U.S. Government Not a Party)
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify):
☐ 6 Multi-District Litigation
☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☐ Yes ☒ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No ☐ **MONEY DEMANDED IN COMPLAINT: $**_____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
31 U.S.C. 5317(c)(2); 18 U.S.C. 984

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | **BANKRUPTCY** | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | **FORFEITURE / PENALTY** | **PROPERTY RIGHTS** |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury- Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 190 Other Contract | ☐ 365 Personal Injury- Product Liability | ☐ 443 Housing/Acco- mmodations | | **SOCIAL SECURITY** |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 196 Franchise | | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | **REAL PROPERTY** | **IMMIGRATION** | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | ☐ 462 Naturalization Application | ☐ 440 Other Civil Rights | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | ☐ 463 Habeas Corpus- Alien Detainee | | ☒ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | ☐ 465 Other Immigration Actions | | | **FEDERAL TAX SUITS** |
| ☐ 900 Appeal of Fee Determination Under Equal Access to Justice | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

CV11-08148

**FOR OFFICE USE ONLY:** Case Number: _____

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

CV-71 (05/08)    CIVIL COVER SHEET    Page 1 of 2

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)  ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, <u>and</u> one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☒ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

* **Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____ Date _Sept. 29, 20__

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

```
 1  ANDRÉ BIROTTE JR.
    United States Attorney
 2  ROBERT E. DUGDALE
    Assistant United States Attorney
 3  Chief, Criminal Division
    STEVEN R. WELK
 4  Assistant United States Attorney
    Chief, Asset Forfeiture Section
 5  DAVID LOMBARDERO
    Special Assistant United States Attorney
 6  California Bar Number 71715
    Asset Forfeiture Section
 7        1400 United States Courthouse
          312 North Spring Street
 8        Los Angeles, California 90012
          Telephone: (213) 894-7418
 9        Facsimile: (213) 894-7177
          E-mail: David.Lombardero@usdoj.gov
10
    Attorneys for Plaintiff
11  United States of America
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CV11-08148 DMG (JCx) |
| Plaintiff, ) | |
| v. ) | **NOTICE** |
| $119,449.08 in US currency ) seized from Wells Fargo Bank ) account ******2454, ) | |
| Defendant. ) | |

    In obedience to a Warrant of Arrest In Rem to me directed, in the above-entitled cause, I have, on the ___ day of _____, 2011, seized and taken into my possession, the following described defendant, to wit: $119,449.08 in US currency seized from Wells Fargo Bank account ******2454, for the cause set forth in the Complaint, to wit: violation of federal laws, now pending

in the United States District Court for the Central District of California, at Los Angeles, California. Amount demanded is the sum of $-0-, plus interest and costs.

    I HEREBY GIVE NOTICE to any person who claims an interest in the above-described defendant that, pursuant to Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure, said person must file with the Clerk of the United States District Court at Los Angeles, California and serve upon the attorney for the plaintiff, a verified Claim identifying the property claimed and his or her interest in the property not later than thirty-five (35) days after the date of service of the Complaint, or within such additional time as the court may allow; that said person must file and serve an Answer within twenty-one (21) days after the filing of the verified Claim; that if notice was published but direct notice was not sent to said person or to said person's attorney, the Claim must be filed no later than sixty (60) days after the first day of publication on an official internet government forfeiture site or legal notice under Rule G(4)(a); and that all interested persons must file verified Claims and Answers within the time so fixed; otherwise, default may be entered and forfeiture ordered of the interest in the defendant of any person not so complying. Applications for intervention under Rule 24 of the Federal Rules of Civil Procedure by persons claiming maritime liens or other interests shall be filed within the time fixed by the court. A claim filed by a person asserting an interest as a bailee must identify the bailor, and if filed on the bailor's behalf must state the

1 | authority to do so.

2 |     Pursuant to General Order 10-07 of the United States District Court for the Central District of California, this action is subject to the Electronic Case Filing ("ECF") System. ECF User Registration Forms may be obtained from the Court.

    Please check http://www.forfeiture.gov for a listing of all judicial forfeiture notices.

    Plaintiff's attorney is Special Assistant United States Attorney David Lombardero, 312 North Spring Street, 14th Floor, Los Angeles, California 90012, (213)894-7418.

    The custodian of the defendant is the Internal Revenue Service, 300 North Los Angeles Street, Suite 5016, Angeles, California 90012, (213) 894-7904.

DATED: This \_\_\_\_ day of _____, 2011.

_____
INTERNAL REVENUE SERVICE
REPRESENTATIVE

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Dolly Gee and the assigned discovery Magistrate Judge is Jacqueline Chooljian.

The case number on all documents filed with the Court should read as follows:

## CV11- 8148 DMG (JCx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

================================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [X] Western Division<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | [ ] Southern Division<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | [ ] Eastern Division<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |
|---|---|---|

Failure to file at the proper location will result in your documents being returned to you.

CV-18 (03/06)   NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY