1 | ANDRÉ BIROTTE JR.
United States Attorney
2 | ROBERT E. DUGDALE                                          JS-6
Assistant United States Attorney
3 | Chief, Criminal Division
STEVEN R. WELK
4 | California Bar No. 149883
Assistant United States Attorney
5 | Chief, Asset Forfeiture Section
    Federal Courthouse, 14th Floor
6 |     312 North Spring Street
    Los Angeles, California 90012
7 |     Telephone:  (213) 894-6166
    Facsimile:  (213) 894-7177
8 |     E-mail: Steven.Welk@usdoj.gov

9 | Attorneys for Plaintiff
United States of America

10

11 |

12 |              UNITED STATES DISTRICT COURT

13 |     FOR THE CENTRAL DISTRICT OF CALIFORNIA

14 |                 WESTERN DIVISION

15 | UNITED STATES OF AMERICA,  )    NO.  CV 11-8148 DMG (JCX)
                    )

16 |           Plaintiff,  )
                    )

17 |              v.  )   **CONSENT JUDGMENT OF**
                    )   **FORFEITURE [15]**

18 | $119,449.68 IN U.S.  )
CURRENCY, ETC.        )

19 |              )
          Defendant.  )

20 |                     )
_____)

21 | LUIGI VERNOLA, dba        )
VERNOLA'S TOWING SERVICES  )

22 |                    )
          Claimant.  )

23 | _____)

24

25 |     This action was filed on September 30, 2011.  Notice was

26 | given and published in accordance with law.  Luigi Vernola, dba

27 | Vernola's Towing Services ("Claimant") filed a statement

28 | identifying right or interest on November 18, 2011, and an answer

1   on December 8, 2011.  No other statements of interest or answers

2   have been filed, and the time for filing statements and answers

3   has expired.  Plaintiff and Claimant have reached an agreement

4   that is dispositive of the action.  The parties hereby request

5   that the Court enter this Consent Judgment of Forfeiture.

6        **WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

7        1.   This court has jurisdiction over the parties and the

8   subject matter of this action.

9        2.   Notice of this action has been given in accordance with

10  law.  All potential claimants to the defendant currency other

11  than claimant Luigi Vernola, dba Vernola's Towing Services, are

12  deemed to have admitted the allegations of the Complaint.  The

13  allegations set out in the Complaint are sufficient to establish

14  a basis for forfeiture.

15       3.   The United States of America shall have judgment as to

16  $29,800.00 of the defendant currency and all interest earned on

17  that amount since its seizure, and no other person or entity

18  shall have any right, title or interest therein.  The Internal

19  Revenue Service is ordered to dispose of said assets in

20  accordance with law.

21       4.   The remainder of the defendant currency, in the amount

22  of $89,649.68, with interest earned on that amount since seizure,

23  shall be returned to Claimant by electronic transfer pursuant to

24  instructions to be provided to the government by Claimant's

25  counsel within 10 days of the entry of this judgment.  Claimant

26  agrees that he will provide to the government all information

27  necessary to ensure that the payment called for herein complies

28                                    2

with the requirements of the Treasury Offset Program, including
the provision of required banking information and personal
identifiers.

5.    Claimant has agreed to release the United States of
America, its agencies, agents, and officers, including employees
and agents of the Department of Treasury, from any and all
claims, actions or liabilities arising out of or related to this
action, including, without limitation, any claim for attorneys'
fees, costs or interest which may be asserted on behalf of the
Claimant.

6.    The Court finds that there was reasonable cause for the
seizure of the defendant bank funds, and institution of these
proceedings.  This judgment shall be construed as a certificate
of reasonable cause pursuant to 28 U.S.C. § 2465.

DATED: January 25, 2012

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE


**[Signatures of counsel appear on following page]**

3

**Approved as to form and content:**

DATED: January 20, 2012

                    ANDRÉ BIROTTE JR.
                    United States Attorney
                    ROBERT E. DUGDALE
                    Assistant United States Attorney
                    Chief, Criminal Division


                    ___/S/_____
                    STEVEN R. WELK
                    Assistant United States Attorney
                    Chief, Asset Forfeiture Section

                    Attorneys for Plaintiff
                    United States of America

DATED: January 19, 2012

                    LAW OFFICES OF A. LAVAR TAYLOR


                    ____/S/_____
                    ROBERT S. HORWITZ

                    Attorneys for Claimant
                    Luigi Vernola dba Vernola Towing
                    Services